FILED

2017 JUN 23  PM 2: 30

Hatia Lewis
115 E. Beach Avenue #2
Inglewood, CA 90302
323-963-2526

The Alleged Defendant, In Pro Per

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BARBARA ROSENBERG,

Plaintiff(s),

vs.

HATIA LEWIS,

Defendant.

Case No.

**CV 17-04652 DMG(AFM)**

NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-TITLED COURT AND THE HONORABLE UNITED STATES DISTRICT JUDGE:

PLEASE TAKE NOTICE that defendant Hatia Lewis ("Defendant") hereby removes to this Court the above-captioned action described further below:

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.**

On April 27, 2017, Plaintiff, Barbara Rosenberg, ("Plaintiff") filed an unlawful detainer action in the Superior Court of California, County of Los Angeles, entitled: BARBARA ROSENBERG vs HATIA LEWIS.

NOTICE OF REMOVAL

Defendant's Demurrer to the complaint for unlawful detainer was based on a defective Notice to quit. A copy of the relevant pleadings, i.e., summons, complaint, and Demurrer are attached hereto as "Exhibit A."

1.   This removal is therefore timely because it is not barred by the provisions of 28 U.S.C. § 1446(b).

2.   There are no other named Defendants in the action.

3.   No previous request has been made for the relief requested.

4.   The Superior Court of California for the County of Los Angeles is located within the Central District of California. Sec 28 U.S.C. § 84(c)(1). Thus, venue is proper in this Court because it is the "district and divisions embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5.   This Action is removable to the instant Court because it originally could have been filed in this Court pursuant to 28 U.S.C. § 1441(a) and/or (b). The complaint presents federal questions. Supplemental jurisdiction exists with respect to any remaining claims pursuant to 28 U.S.C. § 1367.

**FEDERAL QUESTION: REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1331 and §1441.**

7.   The complaint for Unlawful Detainer is subject to strict notice requirements.

8.   Defendant filed the Demurrer to the complaint based on a 3-Day Notice, i.e., Notice to Pay Rent or Quit, that failed to comply with *Code of Civil Procedure* § 1161(2).

9.   Notwithstanding said violation of *Code of Civil Procedure* § 1161(2), the Superior Court for the County of Los Angeles did not sustain the Demurrer.

10.  Federal question exists because Defendant's Demurrer, a pleading depend on the determination of Defendant's rights and Plaintiff's duties under federal law.

NOTICE OF REMOVAL

2

Wherefore Hatia Lewis respectfully removes this action from the California Superior Court for the County of Los Angeles this Court pursuant to 28 United States Code Sections 1331 and 1441.

Respectfully submitted,

Dated: _____6/22/17_____            By:_____

                                        Hatia Lewis

                                        **PRO PER DEFENDANT**

NOTICE OF REMOVAL

# EXHIBIT    A

4

UNLAWFUL DETAINER—EVICTION
(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

NOTICE TO DEFENDANT:
(AVISO AL DEMANDADO):
HATIA LEWIS

YOU ARE BEING SUED BY PLAINTIFF:
(LO ESTÁ DEMANDANDO EL DEMANDANTE):
BARBARA ROSENBERG

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your respo You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your cour law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your respon: time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an atto referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can loc these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fee costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the ca

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros di feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte pa presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato l correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encor estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de le su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un forr de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su s dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un si de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen so cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. T pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
(El nombre y dirección de la corte es):
SUPERIOR COURT OF CALIFORNIA
1725 MAIN ST.

SANTA MONICA, CA 90401
WEST DISTRICT, SANTA MONICA COURT

| CASE NUMBER: |
|---|
| (Número del caso): 17R018 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado
LAW OFFICES OF VINCENT REAL, 74938                   310-921-3322
VINCENT REAL                                          310-921-2212
3625 DEL AMO BLVD SUITE 340
TORRANCE, CA 90503

(Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an u detainer assistant, complete item 6 on the next page.)

te:
cha)    APR 2 7 2017    Sherri R. Carter, Clerk    Clerk, by _____
                                                   (Secretario)

r proof of service of this summons, use Proof of Service of Summons (form POS-010).)
ra prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [ ] on behalf of (specify):
      under: [ ] CCP 416.10 (corporation)        [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conserva
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorize
             [ ] CCP 415.46 (occupant)             [ ] other (specify):

UD-100

PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)
OFFICES OF VINCENT REAL, 74938
VINCENT REAL
3625 DEL AMO BLVD SUITE 340

TORRANCE, CA 90503
TELEPHONE NO. 310-921-3322    FAX NO. (Optional) 310-921-2212
E-MAIL ADDRESS (Optional)
ATTORNEY FOR (Name) PLAINTIFF

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS 1725 MAIN ST.
MAILING ADDRESS
CITY AND ZIP CODE SANTA MONICA, CA 90401
BRANCH NAME WEST DISTRICT, SANTA MONICA COURT

PLAINTIFF: BARBARA ROSENBERG

DEFENDANT: HATIA LEWIS

___ DOES 1 TO _____

**COMPLAINT — UNLAWFUL DETAINER***

[X] COMPLAINT ___ AMENDED COMPLAINT (Amendment Number):

CASE NUMBER: 17ZO1892

**Jurisdiction (check all that apply):**

[X] ACTION IS A LIMITED CIVIL CASE
Amount demanded   [X] does not exceed $10,000
                  [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (amount demanded exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint (check all that apply):
    [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
    [ ] from unlawful detainer to general limited civil (possession not in issue)   [ ] from unlimited to limited

1. PLAINTIFF (name each): BARBARA ROSENBERG

   alleges causes of action against DEFENDANT (name each): HATIA LEWIS

2. a. Plaintiff is   (1) [X] an individual over the age of 18 years.   (4) [ ] a partnership.
                      (2) [ ] a public agency.                         (5) [ ] a corporation.
                      (3) [ ] other (specify):

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   115 E BEACH AVE #2 INGLEWOOD CA 90302

4. Plaintiff's interest in the premises is   [ ] as owner   [X] other (specify): AGENT AUTHORIZED BY OWNER TO ENTER INTO
5. The true names and capacities of defendants sued as Does are unknown to plaintiff. CONTRACTS & FILE LAWSUITS IN GENTS NAM
6. a. On or about (date): 8/27/12                    defendant (name each): HATIA LEWIS

   (1) agreed to rent the premises as a   [X] month-to-month tenancy   [ ] other tenancy (specify):
   (2) agreed to pay rent of $ 925.00     payable [X] monthly   [ ] other (specify frequency):
   (3) agreed to pay rent on the   [X] first of the month   [ ] other day (specify):
   b. This [X] written   [ ] oral agreement was made with
   (1) [X] plaintiff.                        (3) [ ] plaintiff's predecessor in interest.
   (2) [ ] plaintiff's agent.                (4) [ ] other (specify):

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

Legal Solutions Plus

Civil Code, § 1940
Code of Civil Procedure §§ 425.1

6

(PLAINTIFF (Name)   BARBARA ROSENBERG

(DEFENDANT (Name)   HATIA LEWIS

c.  |   |   | The defendants not named in item 6a are
    (1) |   |   subtenants.
    (2) |   |   assignees.
    (3) |   |   other (specify):

d. |   | The agreement was later changed as follows (specify):

e. | X | A copy of the written agreement, including any addenda or attachments that form the basis of this complaint and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc.. :

f. |   |   | (For residential property) A copy of the written agreement is not attached because (specify reason):
    (1) |   |   the written agreement is not in the possession of the landlord or the landlord's employees or ag
    (2) |   |   this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. | X | a. Defendant (name each): HATIA LEWIS

was served the following notice on the same date and in the same manner:
    (1) |   | 3-day notice to pay rent or quit          (4) |   | 3-day notice to perform covenants or quit
    (2) |   | 30-day notice to quit                     (5) |   | 3-day notice to quit
    (3) | X | 60-day notice to quit                     (6) |   | Other (specify):
b. (1) On (date): 4/24/17                              the period stated in the notice expired at the end of
   (2) Defendants failed to comply with the requirements of the notice by that date.
c. All facts stated in the notice are true.
d. | X | The notice included an election of forfeiture.
e. | X | A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code § 1166.)
f. |   |   | One or more defendants were served (1) with a different notice, (2) on a different date, or (3 manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the informa items 7a–e and 8 for each defendant.)

8. a. | X | The notice in item 7a was served on the defendant named in item 7a as follows:
    (1) |   | by personally handing a copy to defendant on (date):
    (2) |   | by leaving a copy with (name or description):
          a person of suitable age and discretion, on (date):                  at defendant's
          |   | residence |   | business  AND mailing a copy to defendant at defendant's place of resi
          (date):                                        because defendant cannot be found at defendant's
          place of business.
    (3) | X | by posting a copy on the premises on (date): 2/23/17          |   | AND giving a copy
          residing at the premises AND mailing a copy to defendant at the premises on
          (date): 2/23/17
          (a) | X | because defendant's residence and usual place of business cannot be ascertained
          (b) | X | because no person of suitable age or discretion can be found there.
    (4) |   | (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or reg addressed to defendant on (date):
    (5) |   | (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in commercial lease between the parties.
b. |   | (Name):
          was served on behalf of all defendants who signed a joint written rental agreement.
c. |   | Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
d. |   | Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

100 [Rev. July 1, 2005]                    **COMPLAINT—UNLAWFUL DETAINER**

7

PLAINTIFF (Name): BARBARA ROSENBERG

DEFENDANT (Name): HATIA LEWIS

CASE NUMBER:

9. [ ] Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. [ ] At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $

11. [X] The fair rental value of the premises is $ 30.83                     per day.

12. [ ] Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code c section 1174(b). (State specific facts supporting a claim up to $600 in Attachment 12.)

13. [X] A written agreement between the parties provides for attorney fees.

14. [ ] Defendant's tenancy is subject to the local rent control or eviction control ordinance of (city or county, title and date of passage):

Plaintiff has met all applicable requirements of the ordinances.

15. [ ] Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. PLAINTIFF REQUESTS
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. [X] past-due rent of $
   d. [X] reasonable attorney fees.
   e. [X] forfeiture of the agreement.

   f. [X] damages at the rate stated in item 11 fron (date): 4/25/17
      defendants remain in possession through
   g. [ ] statutory damages up to $600 for the con Item 12.
   h. [ ] other (specify):

18. [X] Number of pages attached (specify): 13

### UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. (Complete in all cases.) An unlawful detainer assistant [X] did not [ ] did   for compensation giv with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, stat

   a. Assistant's name:
   b. Street address, city, and zip code:

   c. Telephone No.:
   d. County of registratic
   e. Registration No.:
   f. Expires on (date):

Date: 4/26/2017

LAW OFFICES OF VINCENT REAL, 74938
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTI

### VERIFICATION

(Use a different verification form if the verification is by an attorney or for a corporation or pai

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under California that the foregoing is true and correct.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF

UD-100 [Rev. July 1, 2005]

**COMPLAINT—UNLAWFUL DETAINER**

8

Hatia Lewis
115 E. Beach Avenue #2
Inglewood, CA 90302
323-963-2526

The Alleged Defendant, In Pro Per

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF LOS ANGELES

| | |
|---|---|
| BARBARA ROSENBERG, | CASE/DOCKET: **17R0189** |
| Plaintiff(s), | **DEMURRER TO COMPLAINT** |
| vs. | Date: 5/22/2017 (reserved) |
| HATIA LEWIS, | Time: 8:30 am |
| Defendant. | Dept: S |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on 5/22/2017 at 8:30 am, or soon thereafter as it may be heard in Department S of the above-entitled court, located at 1725 Main Street, Santa Monica, CA 90402, Defendant, Hatia Lewis, hereinafter ("Defendant") will present their Demurrer to Plaintiffs, Barbara Rosenberg, (hereinafter "Plaintiff") Complaint for Unlawful Detainer. The Demurrer will be based on Plaintiff's Complaint for Unlawful Detainer, the accompanying Memorandum of Points and

DEMURRER TO COMPLAINT FOR UNLAWFUL DETAINER

9

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☒ ) |
|---|---|
| BARBARA ROSENBERG | HATIA LEWIS |

| (b) County of Residence of First Listed Plaintiff   LOS ANGELES | County of Residence of First Listed Defendant   LOS ANGELES |
|---|---|
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |

| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |
|---|---|
| Law Offices of Vincent Real<br>3625 Del Amo Blvd Suite 340<br>Torrance, CA 90503 | Hatia Lewis<br>115 E. Beach Avenue #2<br>Inglewood, CA 90302<br>323-963-2526 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding
☒ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. § 1441(a) and/or (b)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☒ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | CV 17-04652 |
|---|---|---|

CV-71 (07/16)                              CIVIL COVER SHEET                              Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☒ Yes  ☐ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br><br>☐ Yes  ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br><br>☐ Yes  ☐ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☒ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A.<br>Orange County | B.<br>Riverside or San Bernardino County | C.<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |

| D.1. Is there at least one answer in Column A? | D.2. Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | |
|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes  ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?      ☒ NO      ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO      ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** _____      DATE:  6/22/17 _____

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |